UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                         Criminal No. 05-cr-47-01-JD

<u>Robert S. Levine</u>

<u>NOTICE OF RULING</u>

Re: Document No. 87, Motion for Assessment and Restitution

    Ruling: After considering this request, the court orders that restitution be deferred until the defendant is placed on supervised release. Modest contributions to the defendant's trust account by relatives should not be considered in the restitution formula. The defendant is ordered to report promptly to the court any substantial resources he may receive in the future from any source at which time the court will reconsider this order. 18 U.S.C. § 3613A.

                                                  _/s/ Joseph A. DiClerico, Jr._
                                                  Joseph A. DiClerico, Jr.
                                                  District Judge

October 5, 2006

cc:   Robert S. Levine, pro se
      David L. Broderick, Esquire
      U.S. Probation