UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

          v.                          Criminal No. 05-cr-047-JD

<u>Robert S. Levine</u>



                    <u>NOTICE OF RULING</u>


     Re: Document No. 90, Motion/Letter for Deferment of Payment
     of Restitution Until Release from Custody,

          Ruling:  By order dated October 5, 2006, the court
     addressed the defendant's request that restitution be
     deferred until he is placed on supervised release.  The
     court hereby clarifies that order as follows:  Wages
     which the defendant earns from his prison work may be
     applied to restitution.  Modest contributions to the
     defendant's trust account by family members shall not be
     applied to restitution.  In all other respects, the order
     of October 5, 2006, shall stand.




                              Joseph A. DiClerico, Jr.
                              _____
                              Joseph A. DiClerico, Jr.
                              United States District Judge


October 11, 2006

cc:  Robert S. Levine, pro se
     David L. Broderick, Esquire
     U.S. Probation